UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

OFFICE OF THE CLERK
901 RICHLAND STREET
COLUMBIA, SOUTH CAROLINA 29201-2431
(803) 765-5816  FAX (803) 765-5960
www.scd.uscourts.gov

LARRY W. PROPES
CLERK OF COURT

DIVISIONAL OFFICES
P. O. BOX 835
CHARLESTON, SC 29402
(843)579-1401 FAX 579-1402

P. O. BOX 10768
GREENVILLE, SC 29603
(864) 241-2700 FAX 241-2711

P. O. BOX 2317
FLORENCE, SC 29503
(843) 676-3820 FAX 676-3831

January 4, 2008

2:07cv1416 MCE JFM

To: All Attorneys on Attorney Service List (attached)
    Clerks of Court for transferor courts

Re: Bausch & Lomb Inc Contact Lens Solution Products Liability Litigation
    MDL - 1785

Dear Counsel and Clerk of Court:

The Clerk of Court for the District of South Carolina has received the Transfer Order regarding the above referenced litigation from the Judicial Panel on Multidistrict Litigation. The Transfer Order was filed in our district on December 18 and 21, 2007. A copy of the order is attached.

The purpose of this letter is to formally notify you of this transfer. Please note that this District's Local Rules are available on our website at www.scd.uscourts.gov. In accordance with Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, out-of-state counsel who appeared in the transferor district court prior to the transfer need not enter a separate appearance before this court, or apply to proceed *pro hac vice*. Counsel will, however, need to take action to be able to electronically file documents in this district court.

All documents filed in the District of South Carolina are entered into the Electronic Case Filing (ECF) system. The ECF Policies and Procedures, as well as Attorney User Manual, are available on the court's website, and counsel is urged to read them. Use of the ECF system is required for attorneys to file documents in this district, and an attorney must register to become a Filing User. The registration form for Multidistrict Litigation counsel to become Filing Users in this district, is attached, and can also be found on the court's website. *Any counsel not listed on the Involved Counsel List attached will need to submit a Notice of Attorney Appearance along with the ECF Registration Form.*

Counsel may register as a Filing User only after completing ECF training. If counsel has received ECF training in another U.S. District Court, further training is unnecessary. If training is needed, it is available through the On-line Training Tutorial on the court's website at www.scd.uscourts.gov. Go to "CM/ECF" at the menu on the left, and then go to "Training" and select "On-line Training Tutorial" from the subsequent menus. Training is available in the courthouse here at scheduled appointment times and it may also be available at scheduled appointment times in your district. Check with your Clerk's Office. The attached registration

form requires counsel to indicate one of the above training options. If you are not interested in registering as a Filing User in this district, as counsel in a Multidistrict Litigation case, you may associate with counsel who is a Filing User in the District of South Carolina. All members of the District of South Carolina Bar are required to register as Filing Users.

The United States District Judge assigned to handle the Multidistrict Litigation for 1785 Litigation is the Honorable David C. Norton, whose address and telephone number are:

Honorable David C. Norton
PO Box 835
Charleston, SC 29401
(843) 579-1450

The Judge's case manager and /or courtroom deputy will be able to assist you with any clerical or procedural questions you may have. Their addresses and telephone numbers are:

Catina Murray
Case Manager
PO Box 835
Charleston, SC 29401
(843) 579-2649
Catina_Murray@scd.uscourts.gov

Gail Johnson
Courtroom Deputy
PO Box 835
Charleston, SC 29401
(843) 579-1408
Gail_Johnson@scd.uscourts.gov

The attached Schedule A lists all the cases which are currently being transferred to this district. Please note that each case has been assigned a new civil action number. The new case numbers must be used on all future documents filed in the District of South Carolina. In addition, the caption of each individual case, along with the heading "IN RE: Bausch & Lomb Inc Contact Lens Solution Products Liability Litigation" must be on all papers filed in this district. These changes will assist in case management.

If you are filing a document which references just one case, the filing should be made in that particular case. If you are filing a document which references two or more cases, your filing should be made in the management case, M/A No. 2:06-77777 DCN. Please utilize the caption as shown in the example attached to this letter.

In summary, before filing papers in the District of South Carolina in the Bausch & Lomb Inc Contact Lens Solution Products Liability Litigation cases, counsel must:
1) Register as a Filing User, or associate counsel who is a Filing User in this District;
2) Place the heading "IN RE: Bausch & Lomb Inc Contact Lens Solution Products Liability

Litigation" on each document filed;
3) Place the caption with corresponding District of South Carolina civil action number on each document filed.

The Clerks of the transferor courts are asked for assistance in electronically transferring their case files to the District of South Carolina. A certified copy of the transfer order is enclosed. Please contact the case manager, listed above, with the login and password of your court's ECF system along with your court's case number and caption. The case manager will then log into the system and retrieve the necessary pleadings. In addition, please provide an email address so that we may notify your office when the documents have been obtained.

The Clerk's Office will be happy to assist you in any way. If you have questions, please call either the case manager or courtroom deputy at the numbers listed in this letter.

Thank you for your cooperation.

        Yours,

        Larry W. Propes, Clerk

        s/Catina Murray
        Deputy Clerk

Enclosures
cc: The Honorable David C. Norton, U.S. District Judge
   Transferor Clerks (See Attached List of Clerks)
   Judicial Panel on Multidistrict Litigation
   Gail Johnson, Courtroom Deputy
   Catina Murray, Case Manager

A CERTIFIED TRUE COPY
ATTEST

By Mecca Thompson on Dec 21, 2007

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Dec 21, 2007**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: BAUSCH & LOMB INC. CONTACT LENS SOLUTION
PRODUCTS LIABILITY LITIGATION
Donna LeBelle v. Bausch & Lomb, Inc.,       )
    E.D. California, C.A. No. 2:07-1416         )       MDL No. 1785

### TRANSFER ORDER

    **Before the entire Panel**[*]: Plaintiff in an action pending in the Eastern District of California has moved pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), asking the Panel to vacate its order conditionally transferring the action to the District of South Carolina for inclusion in MDL No. 1785. Defendant Bausch & Lomb (B&L) opposes the motion.

    After considering all argument of counsel, we find that this action involves common questions of fact with the actions in this litigation previously transferred to the District of South Carolina, and that transfer of the action to the District of South Carolina for inclusion in MDL No.1785 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. We further find that transfer of this action is appropriate for reasons that we set out in our original order directing centralization in this docket. In that order, we held that the District of South Carolina was a proper Section 1407 forum for actions involving allegations regarding (1) the development, testing, manufacturing and marketing of B&L's contact lens solution, Renu with MoistureLoc; and (2) B&L's knowledge concerning Renu with MoistureLoc's alleged adverse effects, in particular the potential for this product to cause a certain type of eye infection known as fungal keratitis. *See In re Bausch & Lomb Inc. Contact Lens Solution Products Liability Litigation*, 444 F.Supp.2d 1336 (J.P.M.L. 2006).

    The transferee judge can decide the motion to remand the action to state court. *See, e.g., In re Ivy*, 901 F.2d 7 (2d Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation*, 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001).

A TRUE COPY
Attest: Larry W. Propes, Clerk
By: _____
Deputy Clerk

---

[*] Judge Scirica did not participate in the disposition of this matter.

- 2 -

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the action is transferred to the District of South Carolina and, with the consent of that court, assigned to the Honorable David C. Norton for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

PANEL ON MULTIDISTRICT LITIGATION

John G. Heyburn II
Chairman

| | |
|---|---|
| D. Lowell Jensen | J. Frederick Motz |
| Robert L. Miller, Jr. | Kathryn H. Vratil |
| David R. Hansen | Anthony J. Scirica[*] |

## SCHEDULE A
## MDL 1785 - In Re Bausch & Lomb Inc Contact Lens Solution Products Liability Litigation

### CALIFORNIA EASTERN
Donna LeBelle v Bausch & Lomb, Inc C.A. No. 2:07-1416
*New C.A. No. 2:07-4124*

IN RE: BAUSCH & LOMB INC. CONTACT LENS SOLUTION
PRODUCTS LIABILITY LITIGATION                                      MDL No. 1785

## INVOLVED COUNSEL LIST

Robert Arthur Christison
DAVID ALLEN & ASSOCIATES
5230 Folsom Blvd.
Sacramento, CA 95814

Michael Tucker Cole
NELSON MULLINS RILEY & SCARBOROUGH LLP
P.O. Box 1806
Charleston, SC 29402

Darolyn Yoshie Hamada
SHOOK HARDY & BACON LLP
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, CA 92614-2546

Gedney M. Howe, III
P.O. Box 1034
Charleston, SC 29402

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

In Re: Bausch & Lomb Inc. Contact Lens )
Solution Products Liability Litigation )
)                ORDER
MDL 1785 )

This Court has been assigned the above-referenced Multi-District Litigation (MDL) by order of the MDL panel dated August 14, 2006. To facilitate the filing of material in MDL 1785, this Court directs that the Clerk of Court for the District of South Carolina open a "Management Docket" under Management Number **2:06mn77777 DCN**. All consolidated cases shall be managed through this case which shall utilize the caption shown as "Attachment A" to this order. Document shall be filed using the management case caption and file number unless the document relates solely to an individual case. In the latter event, the document shall be filed only in the individual action.

IT IS SO ORDERED.

Honorable David C. Norton
United States District Judge

August 29, 2006
Charleston, South Carolina

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Helen Hreen, Jacqueline Wartmann, Marcia Lamarche, Joan Lesley, Kimberly A. Beskin, Mary Joyce Bedwell, Nelson Huie, Ryan Gregg, Barbara Cavallaro and Jennifer A. Kohn<br><br>Plaintiffs,<br><br>v.<br><br>Bausch & Lomb Inc.,<br><br>Defendant. | Management File No. 2:06-mc-77777 DCN<br><br>MDL DOCKET NO. 1785<br><br>This filing relates to the Management File here captioned and the following related civil actions:<br><br>C/A No.<br>C/A No. |

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: Bausch & Lomb Inc. Contact Lens ]<br>Solution Products Liability Litigation     ]<br>                                                                 ] | MDL DOCKET NO. 1785<br>ALL CASES |

PRACTICE AND PROCEDURE ORDER UPON TRANSFER
PURSUANT TO 28 U.S.C. § 1407(a)

1. This order shall govern the practice and procedure in those actions transferred to this court by the Judicial Panel on Multidistrict Litigation pursuant to their order of August 14, 2006 as well as all related actions originally filed in this court or transferred or removed to this court. These actions are listed in Schedule A attached hereto. This order shall also govern the practice and procedure in any tag-along actions transferred to this Court by the Judicial Panel on Multidistrict Litigation pursuant to Rule 1 of the Rules of Procedure of that Panel subsequent to the filing of the final transfer order by the Clerk of this Court and any related actions subsequently filed in this Court or otherwise transferred or removed to this Court.

2. The actions described in paragraph 1 of this order are consolidated for pretrial purposes.

3. A signed original of any pleading or paper shall be filed; no copies will be necessary. All papers filed in these actions shall bear the identification "MDL Docket No.1785 ", and when such paper relates to all these actions, the MDL docket number shall be followed only by the notation "ALL CASES." If such paper does not relate to all of these actions the individual docket numbers assigned by the Clerk of this Court (as listed in Schedule A hereto) of those actions to which the paper relates shall also be listed. If such paper relates to five or fewer actions the abbreviated caption of each of the actions may be listed opposite its number.

4. Any paper which is to be filed in any of these actions shall be filed with the Clerk of this Court and not with the transferor district court.

5. Counsel who appeared in the transferor district court prior to the transfer need not enter a separate appearance before this Court.

6. Prior to the first pretrial conference service of all papers shall be made on each of the attorneys on the Panel Attorney Service List attached hereto as Schedule L. Any attorney who wishes to have his name added to or deleted from such Panel Attorney Service List may do so upon request to the Clerk of this Court with notice to all other persons on such service list. Service shall be deemed sufficient if made upon all attorneys on the Panel Attorney Service List.

The parties shall present to the Court at the first pretrial conference a list of attorneys for purposes of service. Only one attorney or each party separately represented shall be included on

such list.

7. Prior to the first pretrial conference, counsel for each group of parties whose interests are similarly aligned shall designate liaison counsel, subject to the approval of the Court. Liaison counsel shall be authorized to receive orders and notices from the Court on behalf of all parties within their liaison group and shall be responsible for the preparation and transmittal of copies of such orders and notices to the parties in their liaison group. Liaison counsel shall be required to maintain complete files with copies of all documents served upon them and shall make such files available to parties within their liaison group upon request. Liaison counsel are also authorized to receive orders and notices from the Judicial Panel on Multidistrict Litigation pursuant to Rule 8(e) of the Panel's Rules of Procedure on behalf of all parties within their liaison group and shall be responsible for the preparation and transmittal of copies of such orders and notices to the parties in their liaison group.

8. Upon remand of any of these actions the parties will be required to provide to this Court copies of any necessary and relevant papers previously filed.

9. No parties to any of these actions shall be required to obtain local counsel in this district and the requirements of Rules 83.1.04 - 83.1-06 of the Rules of this Court are waived as to any attorney appearing in these actions who is duly admitted to practice before any United States Court.

10. Hearings shall not be held on any motions filed except by order of Court upon such notice as the Court may direct.

11. Any paper filed in any of these actions which is substantially identical to any other paper filed in another of these actions shall be sufficient if it incorporates by reference the paper to which it is substantially identical. Where counsel for more than one party plan to file substantially identical papers they shall join in the submission of such papers and shall file only one paper on behalf of all so joined.

12. Any orders including protective orders previously entered by this Court or any transferor district court shall remain in full force and effect unless modified by this Court upon application.

13. All discovery proceedings in these actions are stayed until further order of this Court and the time requirements to perform any acts or file any papers pursuant to Rules 26 through 37, Federal Rules of Civil Procedure, are tolled until the first pretrial conference at which time discovery schedule will be established.

14. The Court will be guided by the Manual for Complex Litigation, Fourth approved by the Judicial Conference of the United States and counsel are directed to familiarize themselves with that publication.

15. All other matters will be discussed at the initial pretrial conference to be held on **WEDNESDAY, October 4, 2006 at 9:00 AM.** Within **TEN** days counsel shall furnish suggestions for items to be included on the agenda for this conference.

August 29, 2006
Charleston, SC

David C. Norton
United States District Judge

# United States District Court for the District of South Carolina

## ECF MULTIDISTICT LITIGATION ATTORNEY REGISTRATION FORM

This form is for use by attorneys in multidistrict litigation transferred to this Court from other district courts who desire to become *Filing Users* of the *Electronic Case Filing System (ECF System)*. A *Filing User* and the *ECF System* are defined in the ECF Policies and Procedures on the Court's website. Rule 1.4 of the Rules of the Judicial Panel on Multidistrict Litigation states "[a]ny attorney of record in any action transferred under [28 U.S.C.] Section 1407 may continue to represent his or her client in any district court of the United States to which such action is transferred."

To use the *ECF System*, multidistrict litigation attorneys must submit this form to register for an account. Registered attorneys will have privileges to electronically submit documents and to view the electronic documents. By registering, attorneys consent to receive electronic notice of filings through the system.

**Please complete the following required information to register for ECF:**

Last Name: _____ First Name: _____ Middle Initial: _____

If appropriate, select one:   Senior   Junior   II   III   Other _____

Firm Name: _____

Address: _____

City, State: _____ Zip Code: _____

Telephone Number: (____) _____  Fax Number: (____) _____

District of South Carolina Case number for the MDL case: _____

District Court and Case number of transferred case: _____

District Court ID Number: _____ for the District of _____

E-Mail Address for Electronic Service: _____

If registered for ECF in another Federal court, please provide:

Your **Login Name**: _____ and **District**: _____

**Training is REQUIRED. Check one or more of the following training options you have completed:** _____

   I have completed the entire online tutorial   OR
   I have completed all of the computer-based training modules   OR
   I received court approved training* on _____
*Training by another district satisfies this district's training requirement.

By submitting this registration form, the undersigned agrees to abide by all Court rules, orders, and policies and procedures governing the use of the electronic filing system. The undersigned also consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) and 77(d) and Fed. R. Crim. P. 49(b)-(d) via the Court's electronic filing system. The combination of the Filing User's login, password, and s/[typed name] or digital signature serve as the signature of the attorney filing the documents. Attorneys must protect the security of their passwords and immediately notify the court if they learn that their password has been compromised by an unauthorized user.

**Fax this form to:**
ECF MDL Registration
864-241-2711

(Signature/Date) Once your registration is complete, you will receive notification by e-mail as to your user id and password needed to access the system. Procedures for using the system will be available for downloading when you access the system via the internet.

OR (If you fax the form, you do NOT need to mail it!)

**Mail this form to:**
USDC ECF Registration
901 Richland Street
Columbia, SC 29201

Court Use Only:
Login Assigned: _____
Password Assigned: _____

Revised October 12, 2006